■ In the Matter of ROBERT ABRAMS, as Attorney-General of the State of New York, Petitioner, v CATHEDRAL OF THE INCARNATION IN THE DIOCESE OF LONG ISLAND, Appellant, and ST. MARY'S-ST. PAUL'S INC., Intervenor-Respondent. [614 NYS2d 321] —Appeal by the Cathedral of the Incarnation in the Diocese of Long Island from an order of the Supreme Court, Nassau County (Lockman, J.), entered August 20, 1992.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Lockman at the Supreme Court. Thompson, J. P., Balletta, O'Brien and Florio, JJ., concur. [See, 151 Misc 2d 1056.]